IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA E. ESPARZA,

    Plaintiff,

v.                                                                                                 No. 2:20-CV-537 WJ/KRS

ANDREW SAUL,
Commissioner of the Social Security Administration,

    Defendant.

## ORDER

This matter is before the Court *sua sponte*. On November 17, 2020, Plaintiff filed a "CM/ECF Pro Se Notification Form" in which she elected to receive notification of filings via postal mail. *See* (Doc. 11). Upon review of the record, the Court has determined that certain filings have been sent to Plaintiff via e-mail, not postal mail.

IT IS THEREFORE ORDERED that the Clerk is directed to: (1) send this Order and Docs. 18, 19, 20, 21, 22, 23, and 24, to Plaintiff at her postal address of record; and (2) make the necessary adjustments to the docket so that future filings are sent to Plaintiff via postal mail, not e-mail.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE