## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MARIA E. ESPARZA,

     Plaintiff,

v.                                                                          No. 2:20-CV-537 WJ/KRS

ANDREW SAUL,
Commissioner of the Social Security Administration,

     Defendant.

### ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*.   Plaintiff filed a Complaint June 3, 2020, appealing the final decision of the Social Security Administration, which denied her claim for benefits.   (Doc. 1).   On December 4, 2020, the Court set a briefing schedule and ordered Plaintiff to file a Motion to Reverse or Remand Administrative Agency Decision no later than January 29, 2021.   (Doc. 20).   Plaintiff has neither filed a Motion to Remand nor requested an extension of time to do so.   A district court has inherent power to dismiss a case *sua sponte* for failure to prosecute or for failure to comply with a court order.   *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

IT IS THEREFORE ORDERED that **on or before March 4, 2021**, Plaintiff shall either file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law, or file a response to this Order showing cause why this case should not be dismissed without prejudice for failure to prosecute her claim.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE