IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARIA E. ESPARZA,

    Plaintiff,

v.                                                                               No. 2:20-CV-537 WJ/KRS

ANDREW SAUL,
Commissioner of the Social Security Administration,

    Defendant.

### ORDER QUASHING ORDER TO SHOW CAUSE AND TO FILE RESPONSE

THIS MATTER is before the Court on review of the record. On March 4, 2021, in response to the Court's Order to Show Cause, (Doc. 27), Plaintiff filed what appears to be a Motion to Reverse or Remand Agency Decision, (Doc. 28). Accordingly, the Court will quash its Order to Show Cause and order Defendant to file a response to the Motion to Reverse or Remand.

IT IS THEREFORE ORDERED that the Court's Order to Show Cause is QUASHED.

IT IS FURTHER ORDERED that **on or before May 7, 2021**, Defendant shall file and serve a Response to Plaintiff's Motion to Reverse or Remand, (Doc. 28). Plaintiff may file and serve a Reply **on or before May 21, 2021**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE